**Order filed July 15, 2014**



In The

# 𝔉𝔬𝔲𝔯𝔱𝔢𝔢𝔫𝔱𝔥 𝔆𝔬𝔲𝔯𝔱 𝔬𝔣 𝔄𝔭𝔭𝔢𝔞𝔩𝔰

_____

## NO. 14-13-00692-CR
_____

### SAUNDREA ANNETTE JACKSON, Appellant

### V.

### THE STATE OF TEXAS, Appellee

---

**On Appeal from the 263rd District Court**
**Harris County, Texas**
**Trial Court Cause No. 1340533**

---

## ORDER

This court received the clerk's record in this appeal on October 29, 2013. The certification of the defendant's right of appeal is incorrect. The certification states "the defendant has waived the right of appeal." Our review of the clerk's record shows that this is not a plea bargain case, and there is no waiver of appeal signed or initialed by the defendant-appellant.

In connection with this record, pursuant to Tex. R. App. P. 37.1 and 44.4, we

direct the trial court to file a correct certification of the defendant's right of appeal with the trial court clerk and direct the clerk to prepare and file a supplemental clerk's record containing the corrected certification with this court within 30 days of the date of this order.

PER CURIAM